FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:22−bk−00099−MCW

DAVID MICHAEL STODGHILL  Chapter: 7
3181 Miller Drive
P.O. Box 781
Pine, AZ 85544
SSAN: xxx−xx−6084
EIN:

SHARON LEE STODGHILL
3181 Miller Drive
P.O. BOX 781
Pine, AZ 85544
SSAN: xxx−xx−4833
EIN:

Debtor(s)

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on September 7, 2022, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

Date: September 7, 2022

Address of the Bankruptcy Clerk's Office:  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  George Prentice
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov